UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NUMBER 5:25-cv-215-BJB-LLK

JOSE JUAN CORONEL EVARISTO                                                                                  PETITIONER

v.

DEPARTMENT OF HOMELAND SECURITY;
IMMIGRATION AND CUSTOMS ENFORCEMENT;
SAM OLSEN, *Chicago Field Office Director
for U.S. Immigration and Customs Enforcement*;
TODD M. LYONS, *Acting Director of the Office of
Detention and Removal for the U.S. Immigration and
Customs Enforcement*;
ADAM SMITH, *Jailer at Christian County Jail,
Hopkinsville, Kentucky*                                                                                              RESPONDENT

ORDER GRANTING MOTION TO SEAL UNREDACTED DOCUMENT
AND LEAVE TO FILE REDACTED DOCUMENT AT DN 16-1

Before the Court is Petitioner's Motion to Seal Unredacted Document and Motion Seeking Leave to File Redacted Document. [DN 18]. At issue is DN 16-1, an exhibit accompanying Petitioner's Reply to Respondent's Motion to Dismiss and Order to Show Cause. Pursuant to 28 U.S.C. § 636(b)(1)(A), the District Court referred this matter to the undersigned for hearing and determining all pretrial matters, including non-dispositive motions. [Text Order at DN 4].

On December 18, 2025, Petitioner filed a responsive pleading to the Respondent's Motion to Dismiss and Order to Show Cause. [DN 16]. Attached in support of the pleading as Exhibit A at DN 16-1 was correspondence concerning the special medical and educational needs of one of Petitioner's children. Included in the Exhibit A correspondence were certain personal identifiers for the child in contravention of Fed. R. Civ. P. 5.2(a) and this District's Personal Identifiers Policy. Accordingly, the Clerk of Court entered the following Text Order at DN 17:

> The Petitioner filed a document (DN 16-1) containing personal data identifiers that should be redacted under Fed. R. Civ. P. 5.2. The Court directs the Clerk to restrict electronic access to the document so only Court users and participants may view it. The Court further orders the Petitioner to file a motion to seal the document or a motion seeking leave to file a redacted version of the entire document (since the Clerk cannot replace individual pages within documents) along with a copy of the redacted version within 7 days of the entry of this order, which the Clerk may substitute for the previously filed documents if the Court grants the motion.

Text Order (EBOC) at DN 17.

Consistent with Joint Local Rule 5.6(c) and the Text Order at DN 17, Counsel for Petitioner immediately filed a Motion to Seal the unredacted document, tendered the redacted document in a version that complies with this district's Personal Identifiers Policy [DN 18-1], and sought leave to file the redacted version into the record.

As the exhibit contains personal data concerning a minor, Petitioner timely sought leave to file a redacted version into the record, and the Court being otherwise sufficiently advised,

IT IS ORDERED that Petitioner's Motion is GRANTED, and the Clerk is instructed to SEAL the unredacted exhibit at DN 16-1. The redacted version of the exhibit tendered by Petitioner (at DN 18-1) is deemed filed into the record as DN 16-1.

January 6, 2026

Lanny King, Magistrate Judge
United States District Court